IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ALAN RICHARD MITCHELL,                    No. CV. 11-79-JE

            Petitioner,                                  ORDER

    v.

STEVE FRANKE,

            Respondent.

Alan Richard Mitchell, #7965991
TWO RIVERS CORRECTIONAL INSTITUTION
82911 Beach Access Rd.
Umatilla, OR 97882-9419

            Attorney for Petitioner

John R. Kroger, Attorney General
Jonathan W. Diehl, Assistant Attorney General
DEPARTMENT OF JUSTICE
1162 Court Street NE
Salem, Oregon 97310

            Attorneys for Respondent

1 - ORDER

HERNANDEZ, District Judge:

Magistrate Judge John Jelderks issued a Findings and Recommendation (doc. #19) on August 24, 2011, in which he recommends the court enter a judgment dismissing the Petition for Writ of Habeas Corpus (doc. #1) with prejudice. He also recommends the court decline to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

Petitioner timely filed objections to the Magistrate Judge's Findings and Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure.

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna–Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). I have carefully considered petitioner's objections and conclude that the objections do not provide a basis to modify the Findings and Recommendation. I have also reviewed the pertinent portions of the record de novo and find no error in the Magistrate Judge's Findings and Recommendation.

/ / /

/ / /

/ / /

/ / /

/ / /

2 - ORDER

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderk's Findings and Recommendation (doc. #19). The Petition for Writ of Habeas Corpus (doc. #1) is dismissed with prejudice. The court declines to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2) .

IT IS SO ORDERED.

DATED this   25th   day of October, 2011.


      /s/ Marco A. Hernandez
      MARCO A. HERNANDEZ
      United States District Judge