IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ALAN RICHARD MITCHELL,** | Case No.: 3:11-cv-00079-JE |
| Petitioner, | |
| v. | ORDER DISMISSING HABEAS CORPUS PETITION |
| **STEVE FRANKE, Superintendent,** **Two Rivers Correctional Institution,** | |
| Respondent. | |

This matter having come before the Court on the motion of the petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is dismissed.

Dated this 3rd day of December, 2013.

                                         /s/ John Jelderks
                                         John Jelderks
                                         United States Magistrate Judge

Submitted by:

/s/ Anthony D. Bornstein
Anthony D. Bornstein
Assistant Federal Public Defender